# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2022

### NO. 03-21-00615-CV

**Sarah Louise Smith and Javan Paul Smith, Appellants**

**v.**

**Richard D. Powell, Appellee**

**APPEAL FROM 33RD DISTRICT COURT OF LLANO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on August 24, 2021. Having reviewed the record, the Court holds that Sarah Louise Smith and Javan Paul Smith have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.